## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Debra Ann Eshbach

              <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 17-16796 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT and index same on the master mailing list.

              Respectfully submitted,

              **<u>/s/ Rebecca A. Solarz, Esquire</u>**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322 FAX (215) 627-7734