UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

DEBRA A. ESHBACH
                                          : Bankruptcy No. 17-16796REF
      Debtor(s)                     : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: February 15, 2018**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MAHLON J BOYER ESQ
TREEVIEW CORP CTR STE 100
2 MERIDIAN BLVD
WYOMISSING PA 19610-

DEBRA A. ESHBACH
29 WALNUT DRIVE WEST
BERNVILLE,PA.19506