United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-16796-ref
Debra Ann Eshbach                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa                  Page 1 of 2            Date Rcvd: Feb 15, 2018
                               Form ID: pdf900             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
```
db          +Debra Ann Eshbach,    29 Walnut Drive West,    Bernville, PA 19506-9526
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
13994287    +Best Buy,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13994288    +Boscovs,    P.O. Box 182120,    Columbus, OH 43218-2120
13994289    +Chase Auto,    P.O. Box 901003,    Fort Worth, TX 76101-2003
14000562     Chase Auto Finance,    P.O. Box 78068,    Phoenix, AZ  85062-8068
13994290    +Credit First N.A.,    P.O. Box 81315,    Cleveland, OH 44181-0315
14034465     Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13994291    +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
14000563     Fay Servicing,    P.O. Box 88009,    Chicago, IL  60680-1009
14051414     JPMorgan Chase Bank, N.A.,    c/o Karina Velter, Esq,    P O Box 165028,
              Columbus, OH  43216-5028
14049720     Jonestown Bank & Trust Co.,    1725 North Route 72,    Lebanon, PA 17042
13994292    +Jonestown Bank and Trust,    2 W. Market Street,    Jonestown, PA 17038-9628
14051398    +Jonestown Bank and Trust Company,    c/o Paul C. Bametzreider, Esq.,    1601 Cornwall Road,
              Lebanon, PA 17042-7406
14049719    +Paul C. Bametzreider, Esquire,    1601 Cornwall Road,    Lebanon, PA 17042-7406
13994294    +Thomas M. Federman, Esquire,    Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,
              North Wales, PA 19454-4114
14044380    +Wilmington Savings Fund Society, FSB,    c/o Rebecca A. Solarz, Esq,
              701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
13994295    +Wilmington Savings Fund Society, FSB,,    d/b/a Christiana Trust, c/o Fay Servcing,
              440 S. Lasalle Street,    Suite 2000,    Chicago, IL 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: robertsl2@dnb.com Feb 16 2018 01:53:55     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:53:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2018 01:54:06     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14044841     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:16:36
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13994293    +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:06      Syncb/care/Credit,
              c/o P.O. Box 965036,    Orlando, FL 32896-0001
13995208    +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:29      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa              Page 2 of 2                  Date Rcvd: Feb 15, 2018
                              Form ID: pdf900         Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MAHLON J. BOYER    on behalf of Debtor Debra Ann Eshbach mjboyer@bhcb.com
              PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

DEBRA A.  ESHBACH
                                                                : Bankruptcy No. 17-16796REF
          Debtor(s)                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: February 15, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MAHLON J BOYER ESQ
TREEVIEW CORP CTR STE 100
2 MERIDIAN BLVD
WYOMISSING PA 19610-

DEBRA A.  ESHBACH
29 WALNUT DRIVE WEST
BERNVILLE,PA.19506